## IN THE COUNTY COURT IN AND FOR DUVAL COUNTY, FLORIDA

**DENNIS GANNON**

    Plaintiff,

vs.

**HSBC CARD SERVICES INC. t/a HSBC BANK NEVADA, N.A.**
    Serve On:
    CT CORPORATION SYSTEM
    1200 SOUTH PINE ISLAND ROAD
    PLANTATION, FL. 33324

and

**VION HOLDINGS LLC**
    Serve On:
    CORPORATION SERVICE COMPANY
    1201 HAYS STREET
    TALLAHASSEE FL 32301-2525 US

And

**LAW OFFICE OF CURTIS O. BARNES, PC**
PO BOX 1390
ANAHEIM, CA 92815-1390
    Serve On:
    FLORIDA SECRETARY OF STATE *per Fla. Stat. 48.181*
    2661 EXECUTIVE CENTER CIRCLE WEST
    TALLAHASSEE, FL 32399

    Defendants

CASE NO.
16- 2010-SC-002921    -XXXX-MA
DIVISION:

*[handwritten: DwH]*

*[handwritten: 3:10-cv-852-J-32 JRK]*

### COMPLAINT FOR INJUNCTIVE RELIEF AND DAMAGES

Dennis Gannon, by his undersigned attorney hereby sues HSBC Card Services, Inc. t/a HSBC Bank Nevada, N.A. (Creditor), Vion Holdings, LLC (Vion) and Law Office of Curtis O. Barnes, PC (Barnes) and for his Complaint states as follows:

1

1.   This is an action for damages not in excess of $5,000.00, exclusive of costs, interests and attorney's fees.

2.   Plaintiff is a resident of Florida.

3.   Creditor, which trades using the name HSBC Nevada. N.A., and Vion are entities qualified to conduct business in Florida.

4.   Barnes is conducting business in Florida illegally and is not registered to collect debts in this state as required by law.

### COUNT I – Unlawful Collection Practices by Creditor

5.   Mr. Gannon had an alleged debt to Creditor.

6.   On October 16, 2009 Mr. Gannon, through counsel, advised Creditor that Mr. Gannon was represented by counsel with respect to all accounts owned or serviced by Creditor and requested that Creditor cease all direct contact with Mr. Gannon. A true and correct copy of the fax confirmation of that communication is attached hereto as Exhibit A.[1]

7.   The October 16, 2009 communication to Creditor placed Creditor on notice that (a) Mr. Gannon was represented by counsel with regard to the alleged debt. and (b) Mr. Gannon did not wish to be contacted directly again by Creditor.

8.   Creditor, by and through its agents, Rubin & Debski, P.A.. Vion, and Barnes, willfully communicated with Mr. Gannon by means of letters dated February 26, 2010 and May 21, 2010 (attached hereto as Exhibits B and C) even though it knew Mr. Gannon was represented by counsel.

---

[1] The fax sent to Creditor included a notice of representation which stated "PLEASE TAKE NOTICE that Wendell Finner is my attorney at law who represents me with respect to all my debts and all claims my creditors have against me. I authorize and instruct him to discuss any of my accounts with my creditors and their affiliates, agents, employees. designees or assigns. I authorize and instruct my creditors to disclose such information to Mr. Finner as he may request, and to direct all communications to him as my attorney." The notice was signed by Mr. Gannon and contained his social security number to assist recipients in identifying affected accounts. Due to the inclusion of Mr. Gannon's social security number. the Notice of Representation is not filed herewith.

2

9. The activities of Creditor constitute illegal collection practices prohibited by the Florida Consumer Collection Practices Act, Fl. Stat. § 559.72 (18).

WHEREFORE, Plaintiff, Dennis J. Gannon, demands judgment against Defendant, HSBC Card Services, Inc. t/a HSBC Bank Nevada, N.A., for actual and statutory damages, together with punitive damages, pre- and post- judgment interest, attorney's fees and costs of suit.

### COUNT II – Unlawful Collection Practices by Vion

10. Mr. Gannon incorporates the allegations of paragraphs 1 through 9, above.

11. Vion is party to an agreement with Creditor, date unknown (the "Master Collection Agreement" or "Purchase and Sale Agreement") whereby it, as a matter of policy, practice and procedure, is required to receive notice when a consumer referred for collection by Creditor is represented by counsel.

12. Vion had actual knowledge that Mr. Gannon was represented by counsel no later than May 20, 2010.

13. Despite this contractually-required notice, Vion does not specifically inquire of Creditor whether a consumer is represented by an attorney or provide for placement of that information in its data processing system before communicating with that consumer in attempt to collect a debt.

14. Rather, Vion and Creditor, by express or implied agreement, attempt to keep Vion from acting upon the knowledge that a consumer is represented in order to maximize illegal collections.

15. Vion, by and through its attorney and agent, willfully communicated with Mr. Gannon by sending Mr. Gannon the May 21, 2010 letter.

3

16. The communication from Vion to Mr. Gannon constitutes illegal collection practices under the Florida Consumer Collection Practices Act, Fla. Stat. § 559.72, and the Fair Debt Collection Practices Act, 15 U.S.C. Section 1692c.

WHEREFORE, Plaintiff, Dennis J. Gannon, demands judgment against Defendant, Vion Holdings, LLC for actual and statutory damages, together with punitive damages, pre- and post-judgment interest, attorney's fees and costs of suit.

### COUNT III – Unlawful Collection Practices by Barnes

17. Mr. Gannon incorporates the allegations of paragraphs 1 through 16, above.

18. Barnes is party to an agreement with Creditor or Vion, date unknown (the "Master Collection Agreement") whereby it, as a matter of policy, practice and procedure, is required to receive notice when a consumer referred for collection is represented by counsel.

19. Barnes had actual knowledge that Mr. Gannon was represented by counsel no later than May 20, 2010.

20. Barnes does not specifically inquire of Creditor or Vion whether a consumer is represented by an attorney or provide for placement of that information in its data processing system before communicating with that consumer in attempt to collect a debt.

21. Rather, Vion, Barnes and Creditor, by express or implied agreement, attempt to keep Barnes from acting upon the knowledge that a consumer is represented in order to maximize illegal collections.

22. Barnes willfully communicated with Mr. Gannon by sending Mr. Gannon the May 21, 2010 letter.

23. The communication from Barnes to Mr. Gannon constitutes illegal collection practices under the Florida Consumer Collection Practices Act, Fla. Stat. § 559.72, and the Fair Debt Collection Practices Act, 15 U.S.C. Section 1692c.

WHEREFORE, Plaintiff, Dennis J. Gannon, demands judgment against Defendant, Law Office of Curtis O. Barnes, PC for actual and statutory damages, together with punitive damages, pre- and post-judgment interest, attorney's fees and costs of suit.

### COUNT IV – Injunctive Relief

24. Mr. Gannon incorporates by reference paragraphs 1 through 23 of this Complaint.

25. Mr. Gannon will be irreparably damaged should Creditor, Vion and Barnes continue their illegal and harassing communications to Mr. Gannon.

WHEREFORE, Plaintiff, Dennis J. Gannon, demands judgment against Defendants, HSBC Card Services, Inc. t/a HSBC Bank Nevada, N.A., Vion Holdings, LLC and Law Offices of Curtis O. Barnes, PC, permanently enjoining them, their officers, directors, agents, attorneys and employees, and anyone acting in concert with them, from contacting Mr. Gannon or any other person in connection with the alleged debt, and awarding Mr. Gannon punitive damages, pre- and post-judgment interest, attorney's fees and costs of suit.

WENDELL FINNER, Florida Bar No. 0093882
340 Third Avenue South, Suite A
Jacksonville Beach, Florida 32250-6767
(904) 242-7070
*Attorney for Plaintiff*

```
TRANSMISSION VERIFICATION REPORT

                                    TIME    : 10/16/2009 11:27
                                    NAME    :
                                    FAX     : 9042427054
                                    TEL     :
                                    SER.#   : DBN191287


DATE,TIME           10/16  11:26
FAX NO./NAME        15036862869
DURATION            00:00:48
PAGE(S)             02
RESULT              OK
MODE                STANDARD
                    ECM
```

# WENDELL FINNER, P.A.
## LAW OFFICES

Admitted in Florida, Maryland, Virginia,
and the District of Columbia

### FACSIMILE COVER SHEET:

October 16, 2009

| | |
|---|---|
| *Please Deliver The Following Pages To:* | HSBC |
| FAXED TO TELEPHONE NUMBER: | 1-503-686-2869 |
| FROM: | Wendell Finner |

TOTAL NUMBER OF PAGES (INCLUDING THIS COVER SHEET): 2

RE:  *Your account Dennis Gannon 5215-3170-0395-8251*

DOCUMENT: Notice of Representation

COMMENTS: Pursuant to Florida Statutes, §559.72, Dennis Gannon requests that you do not contact him again with respect to the referenced account or any other account that your company owns or services. I am happy to provide updates of the borrowers' status over the telephone.


- W.F.


EXHIBIT A

## RUBIN & DEBSKI, P.A.
ATTORNEYS AND COUNSELORS AT LAW

POST OFFICE BOX 47718
JACKSONVILLE, FLORIDA 32247

(800) 733-0717
(904) 425-0901

Facsimile
(904) 425-0906

February 26, 2010

N1001591
DENNIS J GANNON
116 TURTLE COVE CT
PONTE VEDRA BEACH FL 32082-4517

Client: HSBC BANK NEVADA, N.A.
Account No.: 5215317003958251
Balance: $7,663.72
Our File No.: N1001591

Dear DENNIS J GANNON:

Your account has been referred for collection by the above client. Please remit the full balance as set forth above to Rubin & Debski, P.A. If you would like to discuss other options, please call our office or submit the form on the back of this page.

Unless you notify this office that you dispute the validity of this debt or any portion thereof within thirty (30) days after receipt of this Notice, this office will assume the debt is valid. If you notify this office in writing within thirty (30) days of the receipt of this Notice that the debt or any portion thereof is disputed, we will obtain verification of the debt (or a copy of the Judgment, if there is one) and mail you a copy of such verification or Judgment. If you make a request to this office in writing within thirty (30) days after receiving this Notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

This communication is from a debt collector. This letter is an attempt to collect a debt and any information obtained will be used for that purpose.

Sincerely,

Rubin & Debski, P.A.

By: [signature]
Kelly A. Karstaedt
Attorney at Law

RD: ll.frm
-------------------------------------------------------------
(Please return this portion with your payment)

Name: DENNIS J GANNON              Correct Address:_____
Our File No.: N1001591             City:_____ State:____ Zip:_____
Account No.: 5215317003958251      Phone:_____ SSN:_____
                                   Employer:_____
Rubin & Debski, P.A.               City:_____ State:____ Zip:_____
Post Office Box 47718              Employer Phone:_____
Jacksonville, Florida 32247
ll.frm            TIISH

EXHIBIT B

LAW OFFICE OF
## CURTIS O BARNES, PC
PO BOX 1390
ANAHEIM CA 92815-1390
PH: 866-477-8222  FX: 866-477-8227

ANAHEIM, CA    COLUMBUS, OH

May 21, 2010

Dennis Gannon
116 Turtle Cove Ct
Ponte Vedra FL 32082-4517

| | |
|---|---|
| Total Amount Due: | $2,839.94 |
| Account Name: | HSBC / Best Buy Internet |
| Account Number: | 7021270318909016 |
| Creditor: | Vion Holdings LLC |
| Our File Number: | 715491 |

Dear Dennis Gannon:

This law firm has been engaged by Vion Holdings LLC, for the collection of the obligation referred to above in the amount of $2,839.94. Your account has been sold and is now owned by our client. HSBC and Best Buy Internet no longer has an interest in this account. All future payments are to be made to this law firm for the benefit of our client.

If you agree that you owe the amount shown above, please make your payment by credit card, check, or money order for the Total Amount Due. You may make a payment by credit card or using your checking account at any time quickly and easily by going to our payment website at the web address listed in the box below. If you prefer to mail in your personal check, please make it payable to the Law Office of Curtis O Barnes and reference your file number on your check. If you have any questions regarding this matter, please contact this office, toll free, at 866-477-8222, or contact us as provided on the reverse side of this letter.

This matter demands and deserves your prompt attention!!

Sincerely,

*Law Office of Curtis O Barnes, PC*

If you have a complaint about treatment you received from a member of our staff, please call our complaint hotline, toll free, 866-378-8551.

## NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION
## AVISO: VEA EL LADO INVERSO PARA INFORMACION IMPORTANTE

715491
Law Office of Curtis O Barnes 
PO Box 1390
Anaheim CA 92815-1390

Office Hours (Pacific):
M 8am - 7pm | T-Th 6am - 5pm | Fri 6am - 12pm


Dennis Gannon
116 Turtle Cove Ct
Ponte Vedra FL 32082-4517

| PAY ONLINE - 24 / 7 |
|---|
| Use your credit card or your checking account at our payment website: |
| http://locob.123fastpay.com. |
| MONEYGRAM - 24 / 7 |
| Pay with cash, credit card, or check at a Moneygram location or the Moneygram website: |
| http://www.moneygram.com. |
| Company Name: LOCOB |
| Receive Code: 4626 |
| File Number: 715491 |



EXHIBIT C

86991-LTR1-3441

